**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PAUL MCCLAIN, JR., | |
| Plaintiff, | 2:14-cv-00695-JCM-VCF |
| vs. | **ORDER** |
| CORINTHIAN COLLEGES, INC., | |
| Defendant. | |

Before the court are the Motion to Withdraw as Counsel (#13) and Motion to Enforce Settlement (#14).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (#13) and Motion to Enforce Settlement (#14) is scheduled for 10:00 a.m., January 9, 2014, in courtroom 3D.

DATED this 11th day of December, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE