# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

|  |  |
|---|---|
| PAUL D. MCCLAIN,<br><br>              Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES INC.,<br><br>              Defendant. | 2:14-cv-00695-JCM-VCF<br><br>**ORDER** |

Before the court is the Emergency Motion to Set Aside Court Order and Allow Plaintiff to File Response to Brief Regarding Plaintiff's Right to Reject Settlement Agreement. (#19).

Good Cause Appearing,

IT IS HEREBY ORDERED that Emergency Motion to Set Aside Court Order and Allow Plaintiff to File Response to Brief Regarding Plaintiff's Right to Reject Settlement Agreement (#19) is GRANTED.

IT IS FURTHER ORDERED that any reply to the Response to Brief Regarding Plaintiff's Right to Reject Settlement Agreement (#19 at 5 -13) must be filed by February 10, 2015.

DATED this 2nd day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE